UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,          :

              Plaintiff,   :

     v.                                :

Samuel T. Neal,                    :   COURT NO: 3:01CV01651 (GLG)

              Defendant,   :

           and             :
Applebee's Neighborhood Restaurants
c/o National Employer Counsel      :
241 West Fayette St.,
Syracuse, NY 13221                 :

             Garnishee.   :

## ANSWER OF THE GARNISHEE

I, __Colin Burch__ (affiant), BEING DULY SWORN DEPOSES AND SAYS:

    IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____.
    state full name and address of business

    IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of the Garnishee's partnership

    IF GARNISHEE IS A CORPORATION:

    That he/she is the __Payroll Manager__ (state official title) of Garnishee, a corporation, organized under the laws of the State of __Florida__

    On __8/5/2004__, ~~2003~~ Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes     No

 X     ___       1.  Defendant was in my/our employ.

                 2.  Pay period is  X  weekly, ___ bi-weekly,
                     ___ semi-monthly, ___ monthly.

8/21/04              Enter the date present pay period began.
                     (present means the pay period in which this
                     order and notice of garnishment were
                     served)

8/8/04               Enter date above pay period ends.

                 3.  Enter amount of net wages. Calculate below:

                     (a) Gross Pay                     $ 181.09

                     (b) Federal income tax            $ 1.06

                     (c) F.I.C.A income tax            $ 7.52 + 1.76 = 9.28

(Also has Connecticut
child support of     (d) State income tax              $ 0
$83.00/week)         Total of tax withholdings         $ 8.58  10.34

(plus med/dental insurance  Net Wages                  $ 170.75  *
= $59.87/week)       (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the judgment debtor's net wages.

The Garnishee has the following objections, defenses or setoffs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's Claim:_____

_____

2

\*\* Check 1 and/or 2 if applicable\*\*

__X__  1. The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Samuel T. Neal</u>, and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____  2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

_____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on ____8/12/04____ at
                                 (date)

__35 Anita Street, New Haven CT 06511__
(state street address, city, state and zip code)

or hand delivered to _____
                     (state actual address of where it was hand delivered)

on _____
     (date)

_____*Colt Burrel*_____
(Affiant's signature)

Subscribed and sworn to before me this _10th_ day of _August_, 20_04_.

_____*Paula A. Miller*_____
Notary Public

My Commission expires: __10/01/06__

Paula A Miller
My Commission DD154755
Expires October 01, 2006

3

and a **copy** of this Answer to: _____

> United States Attorney
> Connecticut Financial Center
> 157 Church Street
> New Haven, Connecticut 06510
> Attn: Financial Litigation Unit

7373